FILED: September 19, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-6147
(1:04-cv-01531-BEL)
(1:99-cr-00451-BEL)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

MICHAEL CHAMBERS,

        Defendant - Appellant

_____

O R D E R
_____

The Court denies the petition for rehearing and rehearing en banc. No poll was requested on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Traxler, and Judge Gregory.

        For the Court

        /s/ Patricia S. Connor, Clerk