**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA
FEDERAL PUBLIC DEFENDER

PARESH S. PATEL
STAFF ATTORNEY

**Via Electronic Filing**

August 5, 2009

**Crack Reduction – Status Report**

The Honorable Chief Judge Benson E. Legg
United States District Court
 for the District of Maryland
District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Re:   *United States v. Michael Chambers*, Case No. L-99-0451

Dear Judge Legg:

Please accept and docket this letter as a status report relating to Mr. Chambers' eligibility for a reduced sentence under 18 U.S.C. § 3582(c) and Amendment 706 to the United States Sentencing Guidelines. Mr. Chambers has indicated that he no longer wishes to be represented by the Federal Public Defender Office, and that he wishes to proceed *pro se*. Therefore, undersigned counsel requests that this Court withdraw the Office of the Federal Public Defender as counsel in Mr. Chambers' case.

Thank you for your consideration of this matter.

Very truly yours,

/s/

Paresh S. Patel
Staff Attorney

cc:   Estelle Santana, USPO
      Barbara Sale, AUSA
      Michael Chambers, #33883-037

APPROVED THIS  6th  DAY OF  August 2009.

BENSON EVERETT LEGG, U.S.D.J.